UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS, : Docket No. 7:21-cv-01597 (PMH)
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
SIMA WEINTRAUB, derivatively on behalf of MOSDOS :
CHOFETZ CHAIM INC., DANIEL ROSENBLUM,
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., :
JOSEPH GRUNWALD derivatively on behalf of MOSDOS
CHOFETZ CHAIM INC., and YISROEL HOCHMAN, :
derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,
:
                            Plaintiffs,
:
        - against-
:
MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,
TBG RADIN LLC, SHEM OLAM LLC., CONGREGATION :
RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE
WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS, :
GITTEL ZAKS LAYOSH, SAMUEL MARKOWITZ and
STERLING NATIONAL BANK, :

                            Defendants   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION ADJOURNING MOTION AND EXTENDING TIME
TO SUBMIT OPPOSITION TO JOINT MOTION TO DISMISS APPEAL**

**WHEREAS**, the deadline for Mayer Zaks Appellant herein, to submit his response to the Joint Motion to Dismiss (the "Joint Motion") the within appeal is March 15, 2021;

**WHEREAS**, the parties in interest to the appeal have agreed to an extension of time consistent with the terms set forth herein;

**WHEREAS,** nothing herein shall be considered an appearance or waiver of any right;

**NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

    1.    The return date of the Joint Motion is, with the approval of the Court, adjourned to April 12, 2021.

1

2. The deadline for Appellant, Rabbi Mayer Zaks, to submit his response is April 2, 2021.

3. The deadline for Appellees to reply is extended until April 9, 2021.

4. The deadlines set forth in this Stipulation may be modified by further Order issued by the Court at the request of either party for good cause shown.

Dated: White Plains, NY
      March 15, 2021

                                        **PENACHIO MALARA LLP**

                                        **/s/**Anne Penachio
                                        By: Anne Penachio, Esq.
                                        Counsel to the Appellant Mayer Zaks
                                        245 Main Street - Suite 450
                                        White Plains, NY 10601
                                        (914) 946-2889
                                        Cell: (914) 815-0688

                                        Levine & Associates, P.C.

                                        s/ Michael Levine
                                        By: Michael Levine
                                        Counsel to Appellee Mosdos Chofetz Chiam, Inc.
                                        15 Barclay Road
                                        Scarsdale, NY 10583
                                        Telephone (914) 600-4288
                                        Fax (914) 725-4778
                                        Cell (917) 855-6453

                                        Goldberg Weprin Finkel Goldstein LLP

                                        s/ Kevin J. Nash
                                        By: Kevin J. Nash, Esq.
                                        Counsel to Appellee Rabbi Aryeh Zaks
                                        New York, NY 10036
                                        (212) 221-5700

The Clerk is instructed to terminate ECF No. 11.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: White Plains, NY
      March 16, 2021

2