UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOSDOS CHOFETZ CHAIM INC., RABBI MAYER ZAKS, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., SIMA WEINTRAUB, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., DANIEL ROSENBLUM, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., JOSEPH GRUNWALD, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC., and YISROEL HOCHMAN, derivatively on behalf of MOSDOS CHOFETZ CHAIM INC.,

: Docket No. 7:21-cv-01597-PMH

: STIPULATION
  DISMISSING APPEAL

Plaintiffs/Appellants,

- against -

MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM LLC., CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, HENOCH ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, SAMUEL MARKOWITZ and STERLING NATIONAL BANK,

Defendants/Respondents.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, with the full consent and approval of their respective clients, that the within appeal by Rabbi Mayer Zaks from the Bankruptcy Court's in limine Order of January 27, 2021 is hereby dismissed with prejudice and without costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the dismissal of this appeal is without prejudice to the rights of any party with respect to any other pending appeal.

Dated: April 15, 2021

Levine & Associates, P.C.

By: /s/ Michael Levine
Michael Levine
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
e-mail: ml@LevLaw.org
*Attorneys for Respondents Mosdos and Chofetz Chaim Inc.*

Penachio Malara LLP

By: /s/ Anne Penachio
Anne Penachio
245 Main Street, Suite 450
White Plains, NY 10601
Telephone (914) 946-2889
e-mail: Anne@pmlawllp.com
*Attorneys for Appellant Rabbi Mayer Zaks*

Goldberg Weprin Finkel Goldstein LLP

By: _____
Kevin J. Nash
1501 Broadway, 22nd Floor
New York, NY 10036
Telephone: (212) 221-5700
*Attorneys for Respondent Rabbi Aryeh Zaks*


SO ORDERED:

_____
Hon. Philip M. Halpern, U.S.D.J.


Date: April 19, 2021